IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID ROBERT BENTZ, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:14-cv-1132-SMY-RJD |
| WILLIAM REESE, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

**DALY, Magistrate Judge:**

This matter is before the Court on Plaintiff's Motion to Open Discovery (Doc. 186) and Motion for Continuance of Trial (Doc. 191), and Defendants' Motion for Extension of Time to File Final Pre-Trial Disclosures (Doc. 192). For the reasons set forth below, Plaintiff's Motion to Open Discovery is **GRANTED IN PART AND DENIED IN PART** and the Motion for Continuance and Extension are **GRANTED**.

Plaintiff seeks to reopen discovery on a limited basis to depose Defendants. Plaintiff also asks for production of Defendants' disciplinary records. Defendants object to the production of their disciplinary records, citing confidentiality provisions in the Illinois Administrative Code. Defendants further contend that their disciplinary records are not relevant to the claims in this lawsuit. With regard to Plaintiff's request for depositions, Defendants argue that conducting thirteen depositions after the close of discovery is not feasible before the June 4, 2018 trial date and, in any event, exceeds the number of depositions allowed pursuant to Rule 30 of the Federal Rules of Civil Procedure.

The Court finds that Defendants' disciplinary records are not relevant to the claims or

defenses in this lawsuit and, as such, **DENIES** Plaintiff's request for the same. However, the Court **GRANTS** Plaintiff's request to reopen discovery to allow him the opportunity to depose Defendants in order to prepare his case for trial.

In light of the foregoing, Plaintiff's Motion for Continuance of Trial is **GRANTED** and the schedule in this case is **AMENDED** as follows:

1. Limited discovery shall be completed by July 27, 2018.
2. Final Pretrial Conference is set for October 17, 2018 at 10:30 a.m. before District Judge Staci M. Yandle.
3. Jury trial is set for October 29, 2018 at 9:00 a.m.

Defendants' Motion for Extension of Time to File Final Pre-Trial Disclosures is **GRANTED**. Final pre-trial disclosures shall be filed in accordance with the October 29, 2018 trial date.

**IT IS SO ORDERED.**

**DATED: May 8, 2018**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**